■ In the Matter of RAMON JORGE, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [54 NYS3d 605]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

McCarthy, J.P., Lynch, Clark, Mulvey and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of TERRAINE SLIDE, Petitioner, v ANTHONY RUSSO, as Deputy Superintendent of Security at Eastern N.Y. Correctional Facility, Respondent. [54 NYS3d 605]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier II determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Murgo v Racette*, 100 AD3d 1244, 1244 [2012]).

Peters, P.J., McCarthy, Garry, Egan Jr. and Rose, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.